UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

LEWIS E. LOVE (#457127)

VERSUS

CIVIL ACTION NO.: 08-506-JVP-SCR

JODY BENDILY, ET AL

## RULING ON MOTION FOR SUMMARY JUDGMENT

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Riedlinger dated February 27, 2009 (doc. 29). Plaintiff has filed an objection which merely restates legal argument and does not require *de novo* factual findings under 28 U.S.C. § 636.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, plaintiff's Motion for Summary Judgment is hereby **DENIED**.

Baton Rouge, Louisiana, March 27th, 2009.

JOHN V. PARKER
UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA