UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

LEWIS E. LOVE (#457127)

VERSUS

JODY BENDILY, ET AL

CIVIL ACTION

NUMBER 08-506-JVP-SCR

RULING

Pro se plaintiff, an inmate confined at Dixon Correctional Institute, Jackson, Louisiana, filed this action pursuant to 42 U.S.C. § 1983 against former Louisiana Department of Public Safety and Corrections Secretary Richard L. Stalder, former Warden James LeBlanc, Warden Steve Rader, Assistant Warden Dennis Grimes and Col. Jody Bendily. Plaintiff alleged that the defendants were deliberately indifferent to his serious medical needs and subjected him to unconstitutional conditions of confinement in violation of his constitutional rights.

Plaintiff also filed a motion for a temporary restraining order and preliminary injunction seeking an order directing the defendants to refrain from transferring the plaintiff to another prison facility and to continue his medical treatment at Earl K. Long Pulmonary Clinic. Record document number 15.

Plaintiff's motion for a temporary restraining order was denied.[1]

---

[1] Record document number 17.

For the reasons set forth in the court's ruling on the motion for temporary restraining order, the plaintiff's motion for preliminary injunction is denied.

Baton Rouge, Louisiana, July 23, 2009.

RALPH E. TYSON, CHIEF JUDGE
MIDDLE DISTRICT OF LOUISIANA